**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ALEX HARDIN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **Case No. 18-cv-00583-SMY** |
| | ) |
| **CHRISTOPHER THOMPSON and** | ) |
| **CHARLES PEARCE,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Gilbert C. Sison, recommending that this case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with court orders. (Doc. 35). No objections have been filed to the Report.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). Instead, the Court reviews the Report for clear error. *Id.* The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The Court finds no error in the Report and agrees with Judge Sison's findings of fact and conclusions of law.

Accordingly, the Court **ADOPTS** the Report in its entirety and this action is **DISMISSED with prejudice** pursuant to Rule 41(b). The Clerk of Court is **DIRECTED** to enter Judgment and to close this case.

**IT IS SO ORDERED.**

**DATED:  January 21, 2020**      *s/ Staci M. Yandle*_____
                                   **STACI M. YANDLE**
                                   **United States District Judge**